# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-3045** | **September Term, 2022** |
| | **1:21-cr-00140-JDB-1** |
| | **Filed On: May 15, 2023** |

United States of America,

    Appellee

  v.

Larry Rendall Brock,

    Appellant

    **BEFORE:** Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion for release pending appeal, it is

**ORDERED** that appellee file a response to the motion by Wednesday, May 17, 2023. Appellant may file a reply by 12:00 noon on Friday, May 19, 2023.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY: /s/
        Scott H. Atchue
        Deputy Clerk