# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3045**                      **September Term, 2023**

1:21-cr-00140-JDB-1

Filed On: September 12, 2023 [2016562]

United States of America,

        Appellee

    v.

Larry Rendall Brock,

        Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 27, 2023, at 9:30 A.M.:

      Appellant    -    10 Minutes

      Appellee    -    10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Millett and Pillard, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 14, 2023.

### Per Curiam

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)