# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3045**　　　　　　　　　　　　　　　　**September Term, 2023**

**1:21-cr-00140-JDB-1**

**Filed On: September 27, 2023** [2019169]

United States of America,

    Appellee

  v.

Larry Rendall Brock,

    Appellant

  **BEFORE:**　　Circuit Judges Millett and Pillard, and Senior Circuit Judge Rogers

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, September 27, 2023 at 9:31 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Charles Burnham, counsel for Appellant.

  Eric Hansford (AUSA), counsel for Appellee.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Anne A. Rothenberger
Deputy Clerk