# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3045**  September Term, 2023

1:21-cr-00140-JDB-1

Filed On: December 5, 2023 [2030041]

United States of America,

    Appellee

  v.

Larry Rendall Brock,

    Appellant

**BEFORE:**  Millett and Pillard, Circuit Judges; and Rogers, Senior Circuit Judges

## O R D E R

Upon consideration of appellant's motion for release pending appeal on date certain, it is

**ORDERED** that the motion be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk