No. 23-3045                      September Term, 2023

FILED ON: MARCH 1, 2024

UNITED STATES OF AMERICA,
           APPELLEE

v.

LARRY RENDALL BROCK,
           APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00140-1)

Before: MILLETT and PILLARD, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Brock's conviction under 18 U.S.C. § 1512(c)(2) be affirmed; Brock's sentence for his Section 1512(c)(2) conviction be vacated; and the case be remanded to the District Court for resentencing without the application of Section 2J1.2(b)(2)'s sentencing enhancement, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

BY:   /s/

                                            Daniel J. Reidy
                                            Deputy Clerk

Date: March 1, 2024

Opinion for the court filed by Circuit Judge Millett.