# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 23-3045**  **September Term, 2023**

**1:21-cr-00140-JDB-1**

**Filed On: April 23, 2024** [2051052]

United States of America,

    Appellee

  v.

Larry Rendall Brock,

    Appellant

## M A N D A T E

In accordance with the judgment of March 1, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                      BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the judgment filed March 1, 2024