UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3045

———————————

UNITED STATES OF AMERICA,                                              Appellee,

v.

LARRY RENDALL BROCK,                                                  Appellant.

# JOINT RESPONSE TO ORDER TO SHOW CAUSE WHY SENTENCING TRANSCRIPT SHOULD NOT BE UNSEALED

In response to the Court's April 25, 2024, order to show cause why the sentencing transcript in the sealed appendix should not be unsealed, the parties agree that the transcript is already unsealed and that there is no need for the Court to shield it from public view.

As the government explained in its brief at p. 39 n.4, although the transcript appears in the sealed appendix, it is not actually under seal. It transcribes a public hearing that itself was never sealed. The district court docket confirms that the public currently may access the transcript. *See United States v. Brock*, 1:21-cr-00140-JDB-1, ECF # 112 (noting that

the transcript may be purchased from the court reporter or "may be viewed at the courthouse at a public terminal").

WHEREFORE, the parties agree that the sentencing transcript is currently unsealed and that it should be treated as unsealed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/
ELIZABETH H. DANELLO
D.C. Bar #407606
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Elizabeth.Danello@usdoj.gov
(202) 252-6829

/s/
CHARLES BURNHAM
VSB #72781
Counsel for Appellant
Burnham & Gorokhov, PLLC
1750 K Street, NW, Suite 300
Washington, D.C. 20006
charles@burnhamgorokhov.com
(202) 386-6920

Dated: May 10, 2024

2

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this response contains 146 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney