# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-3045** | **September Term, 2023** |
| | 1:21-cr-00140-JDB-1 |
| | **Filed On:** May 16, 2024 |

United States of America,

    Appellee

  v.

Larry Rendall Brock,

    Appellant

## O R D E R

Upon consideration of the court's order to show cause filed April 25, 2024, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED,** pursuant to D.C. Cir. Rule 47.1(f), that the sentencing transcript in the Sealed Appendix be unsealed. It is

**FURTHER ORDERED** that the other document in the Sealed Appendix, the Presentence Investigation Report, remain under seal. It is

**FURTHER ORDERED** that, within 30 days of the date of this order, the parties jointly file a response to this order on the public docket that attaches an appropriately redacted version of the Sealed Appendix.

The Clerk is directed to maintain under seal the unredacted version of the Sealed Appendix.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Daniel J. Reidy
       Deputy Clerk