# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3045**                                      **September Term, 2023**

1:21-cr-00140-JDB-1

**Filed On:** June 18, 2024

United States of America,

      Appellee

    v.

Larry Rendall Brock,

      Appellant

## **O R D E R**

Upon consideration of appellant's motion for extension of time until June 24, 2024, to file redacted sealed appendix, it is

**ORDERED** that the motion be granted.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                              BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk