# United States Court of Appeals
### For The District of Columbia Circuit

**No. 23-3045**                                                                       **September Term, 2022**

1:21-cr-00140-JDB-1

**Filed On: April 3, 2023** [1992997]

United States of America,

        Appellee

    v.

Larry Rendall Brock,

        Appellant

## O R D E R

The notice of appeal was filed on March 28, 2023, and docketed in this court on March 31, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | April 18, 2023 |
| Entry of Appearance Form | April 18, 2023 |
| Transcript Status Report | April 18, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                                         **FOR THE COURT:**
                                                                         Mark J. Langer, Clerk

                                      BY:      /s/
                                                            Laura M. Morgan
                                                            Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form