# IN THE CIRCUIT COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | |
| **v.** | 23-3045 |
| **LARRY BROCK** | |

## NOTICE OF APPEARANCE

The Court will please note the appearance of undersigned counsel on behalf of Larry Brock.

Respectfully Submitted,

/s/ Charles Burnham
Charles Burnham
DC Bar No. 1003464
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

/