IN THE CIRCUIT COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) | |
|  | ) | |
| v. | ) | NO. 23-3045 |
|  | ) | |
| Larry Brock | ) | |
|  | ) | |
| Defendant. | ) | |

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Rule 27 (motions) because it contains 2,254 words.

2. This document complies with the type face requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Microsoft Word using Times New Roman 12.

By: /s/ *Charles Burnham*
Charles Burnham DC Bar # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1750 K St. NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

2